

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-15-00063-CR &
06-15-00068-CR

DESMOND JUWON WOODS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th District Court
Morris County, Texas
Trial Court Nos. 10,920CR & 10,976CR

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the court reporter's records in these cases indicates that volumes six and seven of both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Each of these volumes includes driver's license numbers and social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record contains sensitive data, we order the clerk of this Court or her appointee, in accord with Rule 9.10(f), to seal volumes six and seven of the electronically filed reporter's record in these cases.

IT IS SO ORDERED.

BY THE COURT

Date: December 15, 2015